## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### Jacksonville Division

KAT LOVE,                   )
    Plaintiff,          )
                             )
v.                            )    **Case No.: 3:24-cv-00193**
                             )
                             )
**SPRING WOODS PROPERTY**    )
**HOLDINGS LLC and**         )
**BLUE ROCK PREMIER**       )
**PROPERTIES, LLC**           )
    Defendants.       )
_____/

### JOINT VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Procedure 41(1)(A)(ii) the Plaintiff hereby dismisses the pending action with prejudice. The parties will bear their own fees and costs.

Dated: April 16, 2024               RESPECTFULLY SUBMITTED,

/s/ *Lois Ragsdale*
**Lois Ragsdale**
Lead Counsel
Florida Bar No.: 896896
lois.ragsdale@jaxlegalaid.org

/s/ *Suzanne Garrow*
**Suzanne Garrow**
Florida Bar No.: 122184
suzanne.garrow@jaxlegalaid.org
Jacksonville Area Legal Aid, Inc.
126 W. Adams Street
Jacksonville, Florida 32202
(904)356-8371 (Voice)
(904)405-1976 (fax)

/s/ *Brian J. Aull*
Counsel for Defendants
Florida Bar No.: 616834
Brian.aull@csklegal.com
4190 Belfort Road, Suite 300
Jacksonville, FL 32216
(904) 672-4054

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on April 16, 2024, via the Court Clerk's CM/ECF system.

/s/ *Suzanne Garrow*