**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

KAT LOVE,

          Plaintiff,

v.                                              Case No.: 3:24-cv-193-WWB-PDB

SPRING WOODS PROPERTY
HOLDINGS LLC and BLUE ROCK
PREMIER PROPERTIES LLC,

          Defendants.

## ORDER

THIS CAUSE is before the Court on the parties' Joint Voluntary Dismissal With Prejudice (Doc. 22), filed April 16, 2024. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** at Jacksonville, Florida on April 22, 2024.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record